**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE KEVIN D. SUTTON | Case No.: 2:26-cv-00098-APG-EJY |
| | **Order Granting Motion to Dismiss** |
| | [ECF No. 4] |

Kevin Sutton moves to dismiss the initiating document in this case. ECF No. 4.

I THEREFORE ORDER that Sutton's motion to dismiss **(ECF No. 4) is GRANTED**. The initiating document (ECF No. 1-1) is dismissed without prejudice.

I FURTHER ORDER the clerk of court to close this case.

DATED this 29th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE